LOUIS A. TYLER, Appellant, *v.* JOHN H. WINDELS, Respondent.

*Tyler* v. *Windels*, 186 App. Div. 698, affirmed.
(Argued September 30, 1919; decided October 14, 1919.)

APPEAL from a judgment entered March 12, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion by defendant for judgment on the pleadings, granted said motion and directed a dismissal of the complaint. The action was on contract. The answer as a separate defense plead the Statute of Frauds, in that the contract was not by its terms to be performed within one year from the making thereof, and that there was no note or memorandum in writing subscribed by the defendant. By way of reply plaintiff alleged full performance of the contract except in so far as defendant had refused to pay a balance alleged to be due. The Appellate Division held that part performance did not render the contract enforceable.

*Robert W. Crawford* for appellant.

*Alexander Holtzoff* and *Paul Windels* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.